IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

B.A., J.J., J.E., and D.M., Plaintiffs,

v.

BRIAN BOHLMANN, Defendant, and
DAVID BURNETT, and JEANNIE ANN VOEKS,
each in his or her own individual capacity,
Defendants and Third-Party Plaintiffs,

and

WISCONSIN HEALTH CARE LIABILITY
INSURANCE PLAN, Intervening Defendant, and
STATE OF WISCONSIN, Intervening Defendant,
Cross-Claimant and Third-Party Plaintiff,

v.

CRYSTAL M. INC. f/k/a MEDICAL
DOCTOR ASSOCIATES, INC.,
Third-Party Defendant.

Case No. 09-cv-346-wmc

## PARTIAL JUDGMENT

This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

Pursuant to Fed.R.Civ.P. 54(b), IT IS ORDERED AND ADJUDGED that judgment is entered:

1. granting intervening defendant Wisconsin Health Care Liability Insurance Plan's motion for summary judgment;

2. granting intervening defendant State of Wisconsin's motion for summary judgment on its crossclaim for declaratory judgment against defendant Bohlman; and

3. granting third party plaintiffs David Burnett, Jeannie Ann Voeks and State of Wisconsin's

Judgment in a Civil Case _____ Page 2

motion for summary judgment on their claim for indemnification in the third party complaint.

Approved as to form this ___8th___ day of March, 2011.

_____
WILLIAM M. CONLEY, District Judge

_____          ___MAR 1 0 2011___
Peter Oppeneer, Clerk of Court                                Date